[No. 2622-1.    Division One.    August 19, 1974.]

THE STATE OF WASHINGTON, *Appellant*, v. WILLIE DUPONT WASSON, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 65285, Albert N. Bradford, J., entered November 2, 1973. *Affirmed* by unpublished opinion per Swanson, C.J., concurred in by Farris and Horowitz, JJ.

[No. 2441-1.    Division One.    August 19, 1974.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS RICHARD FARRUGIA, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 64156, Lloyd W. Bever, J., entered June 26, 1973. *Affirmed* by unpublished opinion per Horowitz, J., concurred in by James and Callow, JJ.

[No. 2559-1.    Division One.    August 26, 1974.]

BEATRICE SUCHY, *Respondent*, v. JOSEPH SUCHY, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 42549, Marshall Forrest, J., entered September 24, 1973. *Affirmed* by unpublished opinion per Horowitz, J., concurred in by Williams and Callow, JJ.